```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 15-02912-RNO
Terrance C. Stevens                                             Chapter 13
Susan A. Stevens
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5    User: AutoDocke    Page 1 of 1              Date Rcvd: Apr 30, 2020
                        Form ID: trc       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2020.
4716517        +Ditech Financial LLC,    7340 S. Kyrene Rd.,    Recovery Dept - T120,    Tempe, AZ 85283-4573

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 30, 2020 at the address(es) listed below:
          Alexandra Teresa Garcia    on behalf of Creditor    U.S. Bank Trust, as Trustee for LSF8 Master
           Participation Trust ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
          Celine P DerKrikorian    on behalf of Creditor    U.S. Bank Trust, as Trustee for LSF8 Master
           Participation Trust ecfmail@mwc-law.com
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          Howard   Gershman    on behalf of Creditor    Ford Motor Credit Company, LLC hg229ecf@gmail.com,
           229ecf@glpoc.comcastbiz.net
          James   Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
          John J. Martin    on behalf of Debtor 1 Terrance C. Stevens jmartin@martin-law.net,
           kmartin@martin-law.net;nmundy@martin-law.net;jjmartin@martin-law.net;jashley@martin-law.net;r5989
           1@notify.bestcase.com
          John J. Martin    on behalf of Debtor 2 Susan A. Stevens jmartin@martin-law.net,
           kmartin@martin-law.net;nmundy@martin-law.net;jjmartin@martin-law.net;jashley@martin-law.net;r5989
           1@notify.bestcase.com
          Joshua I Goldman    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marisa Myers Cohen    on behalf of Creditor    U.S. Bank Trust, as Trustee for LSF8 Master
           Participation Trust ecfmail@ecf.courtdrive.com
          Peter J Ashcroft    on behalf of Creditor    Ditech Financial, LLC pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Thomas I Puleo    on behalf of Creditor    M&T Bank tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 12

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:15-bk-02912-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Terrance C. Stevens
130 Deer Trail Drive
Hawley PA 18428

Susan A. Stevens
130 Deer Trail Drive
Hawley PA 18428

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/30/2020.

Name and Address of Alleged Transferor(s):

Claim No. 9: Ditech Financial LLC, 7340 S. Kyrene Rd., Recovery Dept - T120, Tempe, AZ 85283

Name and Address of Transferee:

NewRez LLC d/b/a Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826
NewRez LLC d/b/a Shellpoint Mortgage Ser
P.O. Box 10826
Greenville, SC 29603-0826

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  05/02/20

Terrence S. Miller
**CLERK OF THE COURT**