## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:

| | |
|---|---|
| TERRANCE C. STEVENS | Case No.: 5-15-02912-RNO |
| SUSAN A. STEVENS | Chapter 13 |
| Debtor(s) | |

### NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

### PART 1:                          MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | M & T BANK |
| Court Claim Number: | 04 |
| Last Four of Loan Number: | 130 Deer trail Dr - PRE-ARREARS - 9095 |
| Property Address if applicable: | 130 DEER TRAIL DRIVE, , HAWLEY, PA18428 |

### PART 2:                          CURE AMOUNT

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $9,122.73 |
| b. | Prepetition arrearages paid by the Trustee: | $9,122.73 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $9,122.73 |

### PART 3:                     POST PETITION MORTGAGE PAYMENT

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment:  $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding:  UNKNOWN

### PART 4:                     A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated:  September 24, 2020                          Respectfully submitted,


                                              s/ Charles J. DeHart, III, Trustee
                                              Standing Chapter 13 Trustee
                                              Suite A, 8125 Adams Drive
                                              Hummelstown, PA  17036
                                              Phone:  (717) 566-6097
                                              Fax:  (717) 566-8313
                                              eMail:  dehartstaff@pamd13trustee.com

Creditor Name:  M & T BANK
Court Claim Number:  04

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 5200 | 1146765 | 04/06/2016 | $301.83 | $0.00 | $301.83 |
| 5200 | 1150131 | 06/14/2016 | $172.69 | $0.00 | $172.69 |
| 5200 | 1151697 | 07/07/2016 | $172.67 | $0.00 | $172.67 |
| 5200 | 1153144 | 08/04/2016 | $172.69 | $0.00 | $172.69 |
| 5200 | 1154690 | 09/01/2016 | $174.88 | $0.00 | $174.88 |
| 5200 | 1156324 | 10/05/2016 | $174.87 | $0.00 | $174.87 |
| 5200 | 1157918 | 11/02/2016 | $174.88 | $0.00 | $174.88 |
| 5200 | 1159526 | 12/06/2016 | $171.95 | $0.00 | $171.95 |
| 5200 | 1161103 | 01/12/2017 | $171.95 | $0.00 | $171.95 |
| 5200 | 1162640 | 02/08/2017 | $171.95 | $0.00 | $171.95 |
| 5200 | 1164164 | 03/09/2017 | $171.95 | $0.00 | $171.95 |
| 5200 | 1165778 | 04/12/2017 | $171.95 | $0.00 | $171.95 |
| 5200 | 1167336 | 05/11/2017 | $171.94 | $0.00 | $171.94 |
| 5200 | 1168909 | 06/13/2017 | $171.94 | $0.00 | $171.94 |
| 5200 | 1170346 | 07/06/2017 | $171.95 | $0.00 | $171.95 |
| 5200 | 1171822 | 08/10/2017 | $171.95 | $0.00 | $171.95 |
| 5200 | 1173353 | 09/19/2017 | $343.90 | $0.00 | $343.90 |
| 5200 | 1175975 | 11/08/2017 | $171.22 | $0.00 | $171.22 |
| 5200 | 1177375 | 12/05/2017 | $171.23 | $0.00 | $171.23 |
| 5200 | 1178778 | 01/11/2018 | $171.21 | $0.00 | $171.21 |
| 5200 | 1180171 | 02/08/2018 | $171.22 | $0.00 | $171.22 |
| 5200 | 1181531 | 03/08/2018 | $171.21 | $0.00 | $171.21 |
| 5200 | 1182888 | 04/03/2018 | $171.22 | $0.00 | $171.22 |
| 5200 | 1185986 | 05/15/2018 | $342.44 | $0.00 | $342.44 |
| 5200 | 1188681 | 07/12/2018 | $171.21 | $0.00 | $171.21 |
| 5200 | 1190063 | 08/09/2018 | $171.23 | $0.00 | $171.23 |
| 5200 | 1191380 | 09/06/2018 | $171.21 | $0.00 | $171.21 |
| 5200 | 1192699 | 10/10/2018 | $171.22 | $0.00 | $171.22 |
| 5200 | 1194069 | 11/08/2018 | $170.48 | $0.00 | $170.48 |
| 5200 | 1195456 | 12/13/2018 | $170.48 | $0.00 | $170.48 |
| 5200 | 1196839 | 01/10/2019 | $170.48 | $0.00 | $170.48 |
| 5200 | 1199233 | 03/12/2019 | $373.24 | $0.00 | $373.24 |
| 5200 | 1200576 | 04/11/2019 | $308.69 | $0.00 | $308.69 |
| 5200 | 1203231 | 06/06/2019 | $170.49 | $0.00 | $170.49 |
| 5200 | 1204624 | 07/11/2019 | $170.48 | $0.00 | $170.48 |
| 5200 | 1205990 | 08/07/2019 | $170.48 | $0.00 | $170.48 |
| 5200 | 1207446 | 09/26/2019 | $349.03 | $0.00 | $349.03 |
| 5200 | 1209765 | 11/07/2019 | $170.84 | $0.00 | $170.84 |
| 5200 | 1211102 | 12/12/2019 | $170.85 | $0.00 | $170.85 |
| 5200 | 1212478 | 01/16/2020 | $341.70 | $0.00 | $341.70 |
| 5200 | 1213830 | 02/13/2020 | $170.85 | $0.00 | $170.85 |
| 5200 | 1215140 | 03/12/2020 | $170.85 | $0.00 | $170.85 |
| 5200 | 1217487 | 05/06/2020 | $164.82 | $0.00 | $164.82 |
| 5200 | 1218453 | 06/02/2020 | $164.80 | $0.00 | $164.80 |
| 5200 | 1219472 | 07/07/2020 | $329.62 | $0.00 | $329.62 |
| 5200 | 1220520 | 08/12/2020 | $26.60 | $0.00 | $26.60 |
| 5200 | 1221572 | 09/17/2020 | $67.39 | $0.00 | $67.39 |

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re:

TERRANCE C. STEVENS                              Case No.: 5-15-02912-RNO
SUSAN A. STEVENS                                     Chapter 13
                      Debtor(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 24, 2020, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

JOHN J. MARTIN, ESQUIRE                         SERVED ELECTRONICALLY
1022 COURT STREET
HONESDALE PA,   18431-


M&T BANK                                                    SERVED BY 1ST CLASS MAIL
PO BOX 1288
BUFFALO, NY,   14240


TERRANCE C. STEVENS                             SERVED BY 1ST CLASS MAIL
SUSAN A. STEVENS
130 DEER TRAIL DRIVE
HAWLEY, PA  18428



I certify under penalty of perjury that the foregoing is true and correct.


Date: September 24, 2020                          s/   Donna Schott
                                                              Charles J. DeHart, III, Trustee
                                                              Standing Chapter 13 Trustee
                                                              Suite A, 8125 Adams Drive
                                                              Hummelstown, PA  17036
                                                              Phone:  (717) 566-6097
                                                              Fax:  (717) 566-8313
                                                              eMail:  dehartstaff@pamd13trustee.com