United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Terrance C. Stevens  
Susan A. Stevens  
    Debtor(s)

Case No. 15-02912-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5    User: AutoDocke    Page 1 of 2  
Date Rcvd: Nov 17, 2020    Form ID: fnldec    Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2020:**

**Recip ID**    **Recipient Name and Address**  
db/jdb    + Terrance C. Stevens, Susan A. Stevens, 130 Deer Trail Drive, Hawley, PA 18428-4024

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2020 at the address(es) listed below:

**Name**    **Email Address**

Alexandra Teresa Garcia  
     on behalf of Creditor U.S. Bank Trust as Trustee for LSF8 Master Participation Trust ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Celine P DerKrikorian  
     on behalf of Creditor U.S. Bank Trust as Trustee for LSF8 Master Participation Trust ecfmail@mwc-law.com

Charles J DeHart, III (Trustee)  
     TWecf@pamd13trustee.com

Howard Gershman  
     on behalf of Creditor Ford Motor Credit Company LLC hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net

James Warmbrodt  
     on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com

| | |
|---|---|
| John J. Martin | on behalf of Debtor 1 Terrance C. Stevens jmartin@martin-law.net<br>kmartin@martin-law.net;nmundy@martin-law.net;jjmartin@martin-law.net;jashley@martin-law.net;r59891@notify.bestcase.com |
| John J. Martin | on behalf of Debtor 2 Susan A. Stevens jmartin@martin-law.net<br>kmartin@martin-law.net;nmundy@martin-law.net;jjmartin@martin-law.net;jashley@martin-law.net;r59891@notify.bestcase.com |
| Joshua I Goldman | on behalf of Creditor M&T Bank josh.goldman@padgettlawgroup.com<br>kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| Marisa Myers Cohen | on behalf of Creditor U.S. Bank Trust as Trustee for LSF8 Master Participation Trust ecfmail@ecf.courtdrive.com |
| Peter J Ashcroft | on behalf of Creditor Ditech Financial LLC pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Rebecca Ann Solarz | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| Thomas I Puleo | on behalf of Creditor M&T Bank tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 13

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Terrance C. Stevens,<br>**Debtor 1**<br>Susan A. Stevens,<br>**Debtor 2** | Chapter 13<br>Case No. 5:15−bk−02912−RNO |

Social Security No.:
xxx−xx−8988    xxx−xx−9047

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: November 17, 2020

By the Court,

*/s/ Robert N. Opel II*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: RyanEshelman, Deputy Clerk

**fnldec** (10/20)